UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-0084 |
| | ) | |
| DAVID BYRD, in his individual and official capacity as Member of the Tennessee House of Representatives, et al. | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

## UNOPPOSED MOTION [SECOND] FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Defendants respectfully move the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), to extend the time in which Defendants may answer, move, or otherwise respond to the Complaint up to and including February 21, 2019. This is Defendants' second request for extension of time.

In support of this Motion, Defendants would show that the deadline for responding to the Complaint is Thursday, January 31, 2019. The parties are exploring a potential resolution to this lawsuit, and request additional time to respond to the Complaint to accommodate their discussions.

Defendants' counsel has addressed the requested extension with counsel for Plaintiff, Benjamin A. Gastel, Esq., and he has no objection to the requested extension.

Accordingly, Defendants respectfully request an extension of time up through and including Thursday, February 21, 2019, in which to answer, move, or otherwise respond to the Complaint.

Respectfully submitted,

**HERBERT H. SLATERY III**
**ATTORNEY GENERAL AND REPORTER**

*s/ Matthew D. Janssen*
Matthew D. Janssen, BPR No. 035451
Assistant Attorney General
Education and Employment Division
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7087
Facsimile: (615) 741-7327
Matthew.Janssen@ag.tn.gov

*s/ Clay Lee*
Clay Lee (BPR # 029271)
Epstein Becker & Green, P.C.
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Telephone: (629) 802-9250
Facsimile: (202) 296-2882
Clay.Lee@ebglaw.com

*Attorneys for David Byrd*

*s/ T. William A. Caldwell*
T. William A. Caldwell (BPR # 027130)
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
Telephone: (615) 256-9999
wcaldwell@ortalekelley.com

*Attorney for Wayne County School System and Ryan Franks*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31th, 2019, a copy of **Unopposed Motion [Second] for Extension of Time to Answer, Move, or Otherwise Respond to Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Benjamin A. Gastel, Esq.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Thomas William A. Caldwell, Esq.
Ortale, Kelley, Herbert & Crawford
330 Commerce Street, Suite 110
Nashville, TN 37201

Clay T. Lee, Esq.
Epstein Becker Green
424 Church Street, Suite 2000
Nashville, TN 37219

Parties may access this filing through the Court's electronic filing system.

                                                *s/ Matthew D. Janssen*
                                                Matthew D. Janssen