> **ORDER:**
> Motion granted for time requested.
>
> *[Signature]*
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | |
|---|---|
| **JOHN DOE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:18-cv-0084 |
| ) | |
| **DAVID BYRD, in his individual and official** ) | |
| **capacity as Member of the Tennessee House of** ) | |
| **Representatives, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION [SECOND] FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Defendants respectfully move the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), to extend the time in which Defendants may answer, move, or otherwise respond to the Complaint up to and including February 21, 2019. This is Defendants' second request for extension of time.

In support of this Motion, Defendants would show that the deadline for responding to the Complaint is Thursday, January 31, 2019. The parties are exploring a potential resolution to this lawsuit, and request additional time to respond to the Complaint to accommodate their discussions.

Defendants' counsel has addressed the requested extension with counsel for Plaintiff, Benjamin A. Gastel, Esq., and he has no objection to the requested extension.