# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE,<br>*Plaintiff,*<br><br>v.<br><br>DAVID BYRD, *et al.*,<br>*Defendants.* | No. 1:18-cv-00084<br><br>Judge Eli Richardson<br>Magistrate Judge Jeffery Frensley |

## DEFENDANTS JOINT MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(b)(1)

Defendants, David Byrd, in his individual and official capacity as Member of the Tennessee House of Representatives; Wayne County School System; Ryan Franks, in his individual and official capacity as Principal of Wayne County High School, jointly request that the Court dismiss the complaint in this matter for lack of subject matter jurisdiction.

DATED this 21st day of February, 2019.

Respectfully submitted,

*/s/Clay Lee*
Clay Lee (BPR # 029271)
Epstein Becker & Green, P.C.
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Telephone: (629) 802-9250
Facsimile: (202) 296-2882
Clay.Lee@ebglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was electronically filed on the 21st day of February, 2019. Notice of this filing will be sent by operation of electronic mail to the following:

Matthew D. Janssen (BPR # 035451)
Assistant Attorney General
Education and Employment Division
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, Tennessee 37202
Telephone: (615) 741-7327
Facsimile: (615) 741-7327
Matthew.Janssen@ag.tn.gov
*Attorney for David Byrd*

T. William A. Caldwell (BPR # 027130)
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
Telephone: (615) 256-9999
wcaldwell@ortalekelley.com
*Attorney for Wayne County School System and Ryan Franks*

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Nashville, TN 37203
*Attorney for John Doe*

/s/Clay Lee
Clay Lee