IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) NO. 1:18-cv-00084 |
| v. | ) JUDGE RICHARDSON |
| DAVID BYRD, et al., | ) |
| Defendants. | ) |

## **ORDER**

In light of the filing of Plaintiff's First Amended Complaint (Doc. No. 33), the pending Motions to Dismiss (Doc. Nos. 23 and 30) are **DENIED** as moot, because they no longer address the operative Complaint.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE