UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **JOHN DOE,** *Plaintiff,* <br><br> v. <br><br> **DAVID BYRD,** *et al.*, *Defendants.* | No. 1:18-cv-00084 <br><br> Judge Eli Richardson <br> Magistrate Judge Jeffery Frensley |

### DEFENDANT DAVID BYRD'S MEMORANDUM IN SUPPORT OF MOTION TO RESCIND PRIOR ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (D.E. 32) AND TO COMPEL PLAINTIFF TO SUBSTITUTE NAME OF REAL PARTY IN INTEREST UNDER FED. R. CIV. P. 17

Defendant, David Byrd, requests that the Court rescind its prior Order granting Plaintiff John Doe's request to proceed anonymously based upon newly discovered evidence, the presumption in favor of open legal proceedings and the need for public vetting given novel legal theories recently presented by Doe within his amended complaint. Defendant Byrd requests the Court Order Doe to substitute his actual name as the real party in interest to these proceedings in all filings henceforth.

DATED this 14th day of March, 2019.

                                              Respectfully submitted,

                                              */s/Clay Lee*
                                              Clay Lee (BPR # 029271)
                                              Epstein Becker & Green, P.C.
                                              424 Church Street, Suite 2000

1

Nashville, Tennessee 37219
Telephone: (629) 802-9250
Facsimile: (202) 296-2882
CLee@ebglaw.com

*Attorney for David Byrd*

## CERTIFICATION OF COUNSEL

I hereby certify that the moving party attempted to confer in good faith with opposing counsel to resolve by agreement the motion to name the real party in interest to this proceeding.

*/s/Clay Lee*
Clay Lee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was electronically filed on the 14th day of March, 2019. Notice of this filing will be sent by operation of electronic mail to the following:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Nashville, TN 37203
Telephone: (615) 254-8801
beng@bsjfirm.com
*Attorney for Plaintiff John Doe*

T. William A. Caldwell
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
Telephone: (615) 256-9999
wcaldwell@ortalekelley.com
*Attorney for Wayne County School System and Ryan Franks*

> */s/Clay Lee*
> Clay Lee