IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00084 |
| ) | Judge Richardson /Frensley |
| DAVID BYRD, ET AL. ) | |
|     Defendants. ) | |

## O R D E R

Pending before the Court is the Defendant David Byrd's Motion to Appoint a Guardian *Ad Litem* under Federal Rules of Civil Procedure 17. Docket No. 25. Defendant has filed a Supporting Memorandum of Law indicating that an appointment of a guardian *ad litem* is appropriate as the Plaintiff, John Doe, as a minor lacks the capacity to bring suit in his individual capacity and therefore the appointment of a guardian *ad litem* is appropriate to protect the interest of the minor. Docket No. 26. Plaintiff has filed a Response indicating that since the filing of this action, Doe has obtained the age of majority and now has the capacity to maintain the suit without a guardian *ad litem.* Docket No. 34. Plaintiff has filed an Amended Complaint alleging he is no longer a minor. Docket No. 33, ¶ 7. In light of the foregoing, "Defendant Byrd agrees that the appointment of a guardian *ad litem* is no longer appropriate because Doe has attained the age of majority." Docket No. 37, p. 2.

For these reason, Defendant's Motion to Appoint a Guardian *Ad Litem* (Docket No. 25) is DENIED.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**