UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE,<br>*Plaintiff,*<br><br>v.<br><br>DAVID BYRD, *et al.*,<br>*Defendants.* | No. 1:18-cv-00084<br><br>Judge Eli Richardson<br>Magistrate Judge Jeffery Frensley |

## DEFENDANT DAVID BYRD'S MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(b)(1)

Defendant David Byrd requests that the Court dismiss the amended complaint in this matter because Plaintiff John Doe fails to adequately plead a judicially cognizable injury-in-fact, thus, this matter should be dismissed for lack of subject matter jurisdiction.

DATED this 21st day of March, 2019.

                                                         Respectfully submitted,

                                                        */s/Clay Lee*
                                                        Clay Lee (BPR # 029271)
                                                        Epstein Becker & Green, P.C.
                                                        424 Church Street, Suite 2000
                                                       Nashville, Tennessee 37219
                                                       Telephone: (629) 802-9250
                                                       Facsimile: (202) 296-2882
                                                       Clay.Lee@ebglaw.com

                                                       *Attorney for David Byrd*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was electronically filed on the 21st day of March, 2019. Notice of this filing will be sent by operation of electronic mail to the following:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Nashville, TN 37203

*/s/Clay Lee*
Clay Lee