ORDER:
Motion granted.

*[signature]*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00084 |
| | ) | Judge Richardson/Frensley |
| **DAVID BYRD, in his individual capacity;** | ) | |
| **WAYNE COUNTY SCHOOL SYSTEM, a** | ) | |
| Tennessee public school system, | ) | |
| **RYAN FRANKS, in his individual and** | ) | |
| official capacity as Principal of Wayne | ) | |
| County High School; and **JOHN DOES** | ) | |
| **1-99,** in their individual and official | ) | |
| capacities, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Comes Now, Plaintiff John Doe, by and through undersigned counsel, hereby moves for leave to file under seal Plaintiff's Declaration in Support of his Motion for Protective Order filed today, April 5, 2019. Plaintiff filed a Motion for Protective Order and intends to rely upon the declaration of the Plaintiff in this action. That declaration will contain the name of the Plaintiff in this action. Consistent with the Court's previous Protective Order (DE #32), the Plaintiff is permitted to pursue this litigation under a pseudonym. Plaintiff respectfully requests leave to file this declaration under Seal in order to maintain his confidentiality in publicly filed documents.

Plaintiff has prepared a declaration stating the harassment and retaliation he fears, and the reasons for his fears. Since the declaration includes his real name, Plaintiff requests that the Court allow him to file the Declaration supporting this response under seal, for the foregoing reasons. "Public has right to copy and inspect judicial records, but that right is **not absolute**; district courts have discretion to deny or permit access to judicial records." *In re Perrigo Co.,* 128 F.3d 430, 440 (6th Cir. 1997) (emphasis added). The Court has supervisory power over its