UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| Plaintiff ) | |
| ) | No. 1:18-cv-00084 |
| v. ) | |
| ) | Judge Eli Richardson |
| DAVID BYRD, *et al.*, ) | Magistrate Judge Jeffery Frensley |
| Defendants ) | |

**MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY & RESPONSE IN OPPOSITION TO PLAINTIFF'S D.E. 49 & 50 UNDER SEAL**

Defendant David Byrd seeks leave of the Court to file under seal its Consolidated Reply and Response in Opposition to Plaintiff's D.E. 49 & 50. Defendant's motion and accompanying attachments identify the unnamed Plaintiff in this matter and that identity is subject to a protective order issued by this Court which precludes such reference within public documents. Thus, it is asked that the associated documents be filed under seal.

DATED this 11th day of April, 2019.

Respectfully submitted,

*/s/Clay Lee*
Clay Lee (BPR # 029271)
Epstein Becker & Green, P.C.
424 Church Street, Suite 2000
Nashville, Tennessee 37219
(t): (629) 802-9250 : (f): (202) 296-2882
clee@ebglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the this document was emailed by operation of the Court's electronic filing system on the 11th day of April, 2019 to the following:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Nashville, TN 37203
beng@bsjfirm.com

Alyson S. Beridon
Branstetter, Stranch & Jennings, PLLC
3142 Losantiville Ave.
Cincinnati, OH 45213
Phone: (513) 381-2224
alysonb@bsjfirm.com

Thomas William A. Caldwell,
Ortale, Kelley, Herbert & Crawford
330 Commerce Street, Suite 110
Nashville, TN 37201
wcaldwell@ortalekelley.com

Matthew D. Janssen,
Assistant Attorney General Education and Employment Division
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, TN 37202-0207
matthew.janssen@ag.tn.gov

                                        */s/Clay Lee*
                                        Clay Lee