IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00084 JUDGE RICHARDSON |
| DAVID BYRD, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion for Reconsideration (Doc. No. 63), filed by Defendants Wayne County School System and Ryan Franks ("School System Defendants") and an Appeal and Objection (Doc. No. 65), filed by Defendant David Byrd, both of which challenge an Order of the Magistrate Judge (Doc. No. 58).

For the reasons stated in the accompanying Memorandum Opinion, the Order of the Magistrate Judge (Doc. No. 58) is **SET ASIDE**. The Motion to Rescind Prior Order Granting Plaintiff's Motion for Protective Order (Doc. No. 32) and Motion for Reconsideration (Doc. No. 63) are **GRANTED,** and the Protective Order (Doc. No. 32) is **VACATED**. Plaintiff's Cross-Motion for Protective Order (Doc. No. 49) is **DENIED**.

Plaintiff shall proceed henceforth in this action under his actual name, not "John Doe," and the parties are no longer prohibited from using Plaintiff's actual name in connection with this litigation.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE