IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) |
| | ) NO. 1:18-cv-00084 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| DAVID BYRD, et al., | ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is Defendant Byrd's Motion to Dismiss (Doc. No. 39). Plaintiff has filed a Response (Doc. No. 48), and Defendant Byrd has filed a Reply (Doc. No. 55). Defendants Wayne County School System and Franks have filed a notice that they join in Defendant Byrd's Motion to Dismiss (Doc. No. 62).

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE